IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BONIFACE DENAVARD, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:11-CV-198 (CDL) |
| MICHAEL SWINTON, et al., | * |
| Respondents | * |

ORDER ON RECOMMENDATION OF DISMISSAL

    This matter is before the Court pursuant to a Recommendation of Dismissal which was filed by the United States Magistrate Judge on June 7, 2012. No objection to this recommendation has been filed as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of Dismissal and makes it the order of this Court.

    IT IS SO ORDERED, this 2nd day of July, 2012.

                                             s/Clay D. Land
                                             CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE